HARLEM CO-OP. BLDG. & LOAN ASS'N *v.* QUINN.

*(Supreme Court, General Term, Second Department. July 18, 1890.)*

MORTGAGES—FORECLOSURE—PARTIES.

 A *cestui que trust,* while a proper party, is not ordinarily a necessary party, in proceedings to foreclose a mortgage given by his trustee; and the complaint is not demurrable for defect of parties because of the non-joinder of the *cestui que trust;* the remedy being a motion that he be brought in.

Appeal from special term, Westchester county.

Foreclosure by the Harlem Co-operative Building & Loan Association against John Quinn as trustee of and under the last will and testament of Thomas Connell, deceased. The defendant demurred to the complaint for a defect of parties, in that no *cestui que trust* was joined with him. From an order over-ruling his demurrer, defendant appeals.

Argued before BARNARD, P. J., and PRATT, J.

*Arthur Furber,* for appellant. *Harrison & Langdon,* for respondent.

PRATT, J. The complaint avers that defendant, as trustee, borrowed money, executed a bond and mortgage to secure the same, made default, and prays a foreclosure and sale. The defendant demurs on the ground that the *cestui que trust* is not made a party defendant. The demurrer was properly overruled. A *cestui que trust* is a proper party, but not ordinarily a necessary party. Defendant has mistaken his remedy. If, for any reason, the presence upon the record of the *cestui que trust* as a party defendant was desirable, a motion should have been made that he be brought in. Judgment affirmed, with costs.